No. 56726.—Safran & Glucksman, Inc., and Trans World Shipping Corp. *v.* United States, protests 158823–K and 169946–K (A) (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MAY 26, 1952

No. 56727.—L. Tobert Co., Inc., and American Shipping Co. *v.* United States, protest 153767–K.—

—Abstract 56581. Plaintiffs' application for rehearing denied.

BEFORE THE FIRST DIVISION, JUNE 3, 1952

No. 56728.—Reliance Merchandise Co., Inc., and Frank P. Dow Co., Inc. *v.* United States, protest 164611–K (Los Angeles).

Opinion by OLIVER, C. J. At the trial two cellulose articles were received in evidence as illustrative of the involved merchandise (collective illustrative exhibit 1). It was stipulated that the articles represented by the exhibit in question comprise two-thirds of the value of item No. 3–9058–5 and that these articles are cellulose acetate. On the record presented, the claim of the plaintiffs was sustained as to two-thirds of the merchandise described in item No. 3–9058–5 on the invoice involved.

BEFORE THE SECOND DIVISION, JUNE 3, 1952

No. 56729.—Buhl Peer & Keefe and Rohner Gehrig & Co., Inc. *v.* United States, protest 146484–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items of merchandise consist of waterproof watch crowns similar in all material respects to those the subject of *Colomby Watch Co. (Rohner Gehrig & Co., Inc.)* v. *United States* (27 Cust. Ct. 7, C. D. 1339), the claim of the plaintiffs was sustained.